Leroy RICHARDSON–BEY,
Plaintiff–Appellant,

v.

Bonnie BOYETTE; Dennis Rowland;
C. Alston; Lieutenant Langston,
Defendants–Appellees.

No. 01–7442.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

Leroy Richardson–Bey, Pro Se.

Before WILKINS, MICHAEL, and
KING, Circuit Judges.

PER CURIAM.

Leroy Richardson–Bey appeals the district court's order and order on reconsideration denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Richardson–Bey v. Boyette,* No. CA–01–317–5–H (E.D.N.C. June 30 & Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*